United States District Court
Southern District of Texas
ENTERED
FEB 0 3 2010
Clerk of Court

United States District Court
Southern District of Texas
FILED
FEB - 2 2010
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-09-1270 |
| | § | |
| OMAR CASTRO-MARTINEZ | § | |

## ORDER

BE IT REMEMBERED on this 2 day of Feby, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed November 3, 2009, wherein the defendant Omar Castro-Martinez waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Omar Castro-Martinez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Omar Castro-Martinez guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. 1326(a) and 1326(b)(1).

SIGNED this the 2 day of Feby, 2010.

Hilda G. Tagle
United States District Judge